

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2018

No. 04-18-00871-CV

**IN THE INTEREST OF F.S.T., C.M., M.M., V.M.**, children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01429
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

    This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record is due November 26, 2018. The court reporter has filed a notification of late reporter's record, requesting an extension to December 17, 2018. The court reporter's request is GRANTED IN PART. *See* TEX. R. APP. P. 35.3(c) (explaining that in an accelerated appeal, an appellate court may grant an extension to file the appellate report, but each extension must not exceed ten days). We ORDER the court reporter to file the record on or before **December 6, 2018.**

_____
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court